AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00091 |
| Chad Heathcote | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 5/3/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Chad Heathcote,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Enter and Remain with Intent to Impede or Disrupt an Official Proceeding in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct in the Capitol Buildings or Grounds, Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: 05/03/2022

2022.05.03 12:32:28 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/03/2022, and the person was arrested on *(date)* 05/04/2022
at *(city and state)* Adel, Iowa.

Date: 05/04/2022

*Arresting officer's signature*

Tyler Johnson, Special Agent
*Printed name and title*