IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHAD HEATHCOTE,<br><br>　　　　Defendant. | No. 1:22-mj-91<br><br><br><br>**APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　The undersigned hereby enters his appearance as counsel in this case for the Defendant, Chad Heathcote.

　　　　　　　　　　　　　　　　　　　　　　　/s/  Andrew Graeve
　　　　　　　　　　　　　　　　　　　　　Andrew Graeve, Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER'S OFFICE
　　　　　　　　　　　　　　　　　　　　　400 Locust Street, Suite 340
　　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-2353
　　　　　　　　　　　　　　　　　　　　　PHONE: (515) 309-9610
　　　　　　　　　　　　　　　　　　　　　FAX: (515) 309-9625
　　　　　　　　　　　　　　　　　　　　　E-MAIL:  andrew_graeve@fd.org
　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on May 5, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
　　　　　　　/s/  Theresa McClure