**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
123 East Walnut Street
Des Moines, Iowa 50309
Tel: (515) 284-6248

**WESTERN DIVISION**
U. S. Post Office and Federal Building
8 South 6th Street, Room 313
Council Bluffs, Iowa 51501
(712) 328-0283

**EASTERN DIVISION**
131 East 4th Street, Suite 150
Davenport, Iowa 52801
(563)884-7607

District of Columbia

Transfer of ☐ Criminal Case or ☑ Magistrate Case

SDIA Case No. 4:22-mj-00309-HCA       Case Title: USA v. Heathcote - District of Columbia: 1:22-mj-91

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☑ This is an electronically filed case and the documents are available through Pacer
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☑ Other Sealed Financial Affidavit also sent via email

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction ☐ Supervised Release ☐ Probation**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

---

**\*\*Note: Documents filed on or after November 1, 2004 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's PACER account .

---

Sincerely,

Clerk, U.S. District Court

By /s/ M. Mast
   Deputy Clerk

---

### TO BE COMPLETED BY RECEIVING DISTRICT

Please acknowledge receipt via e-mail to the address listed below and provide the case number assigned in your district:

Iasd_casemanagers@iasd.uscourts.gov

Clerk, U.S. District Court

_____       By: _____
Date                                       Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Chad Heathcote<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**Case: 1:22-mj-00091**
**Assigned to: Judge Meriweather, Robin M.**
**Assign Date: 5/3/2022**
**Description: COMPLAINT W/ ARREST WARRANT**

## ARREST WARRANT

To:       Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                                     Chad Heathcote                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Enter and Remain with Intent to Impede or Disrupt an Official Proceeding in a
Restricted Building;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct in the Capitol Buildings or Grounds,
Parade, Demonstrate, or Picket in any of the Capitol Buildings.

2022.05.03
12:32:28 -04'00'

Date:        05/03/2022
_____
*Issuing officer's signature*

City and state:        Washington, D.C.

Robin M. Meriweather
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/03/2022 , and the person was arrested on *(date)* 06/04/2022<br>at *(city and state)* Adel, Iowa .<br><br>Date: 05/04/2022                    _____<br>                                              *Arresting officer's signature*<br><br>                                              Tyler Johnson, Special Agent<br>                                              *Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Chad Heathcote<br>DOB: ▇▇▇▇<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00091
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/3/2022
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of _____Columbia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) - Enter and Remain with Intent to Impede or Disrupt an Official Proceeding in a Restricted Building;<br>40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct in the Capitol Buildings or Grounds, Parade, Demonstrate, or Picket in any of the Capitol Buildings. | |

This criminal complaint is based on these facts:

See attached statement of facts.

X Continued on the attached sheet.

_____
*Complainant's signature*

Tyler Johnson, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____05/03/2022_____

2022.05.03
12:31:29 -04'00'

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Tyler Johnson, is a Special Agent assigned to the Omaha Field Office, Des Moines Resident Agency, Joint Terrorism Task Force. In my duties as a special agent, I investigate allegations associated with international terrorism and domestic terrorism. I have completed training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or about January 20, 2021, the FBI received a letter from an anonymous writer (Witness-1) stating that Witness-1 was informed by a person, who spoke with the wife of CHAD HEATHCOTE (HEATHCOTE) and who provided Witness-1 with the information he/she then reported to the FBI, including HEATHCOTE's name. Witness-1 provided HEATHCOTE's name and his wife's name and identified his city of residence as West Des Moines. Witness-1 was informed that HEATHCOTE drove to Washington, D.C. along with an associate. HEATHCOTE told his wife that he was at the Trump rally and the writer did not know if HEATHCOTE continued to the White House.[1] Witness-1 included photographs of HEATHCOTE with a female, believed to be HEATHCOTE's wife.



Your affiant has reviewed HEATHCOTE's Iowa Driver's License Photograph and publicly available LinkedIn profile photograph (depicted below). The pictures provided by Witness-1 appears to depict the same individual known to your Affiant as HEATHCOTE.



*(HEATHCOTE's LinkedIn profile photograph)*

---

[1] The writer wrote White House but likely meant the U.S. Capitol.

On or about February 10, 2021, the FBI received an additional tip from another witness (Witness-2) stating that "Chad" bragged on Facebook about being in Washington, D.C. to stop the steal. However, he took down his Twitter and Facebook account the day after the riot. Witness-2 said "Chad" could be seen on video of the riot that was shown at the Impeachment "Trail," likely meaning "trial," and was wearing a pink gas mask. Witness-2 also described "Chad" as recording with a phone attached to a selfie stick. On or about March 29, 2021, the FBI conducted an interview of Witness-2. Witness-2 reported viewing a MSNBC news article when he/she recognized HEATHCOTE in a photograph. Witness-2 knows HEATHCOTE through mutual friends and is highly certain the person he/she observed was HEATHCOTE. Witness-2 further stated that other mutual friends also recognized HEATHCOTE from the MSNBC photographs. Witness-2 then showed the FBI images from the news depicting a person inside of the U.S. Capitol wearing a pink mask, some of which are depicted below. Witness-2 indicated that the person in those images was HEATHCOTE. Based upon further investigation, your Affiant does not believe that the person in the pink mask in the news photos provided by Witness-2 is HEATHCOTE. Witness-2 also provided the FBI the above-described LinkedIn profile photograph, which your Affiant believes does depict HEATHCOTE.



(*photograph provided by Witness-2*)



(*photograph provided by Witness-2*)

Witness-2 further stated that he/she was friends with HEATHCOTE on Facebook but that HEATHCOTE deleted his profile on or about January 7, 2021. Witness-2 did not observe any posts on HEATHCOTE's Facebook page depicting him inside of the Capitol. However, prior to the deletion, HEATHCOTE was bragging about being at the U.S. Capitol. Witness-2 provided the FBI with HEATHCOTE's Facebook username, which is Chad Heathcote. Witness-2 further stated that he/she has not seen HEATHCOTE for approximately one year but believes HEATHCOTE lives in West Des Moines, Iowa.

Records lawfully provided by Facebook revealed that the Facebook account provided by Witness-2 is registered to HEATHCOTE with telephone number XXX-XXX-1934. Facebook further revealed that the account was deactivated on or about January 8, 2021. Records lawfully received from Verizon identified the subscriber of telephone number XXX-XXX-1934 as HEATHCOTE.

According to records obtained through a search warrant served on Google, a mobile device associated with chad63e@gmail.com was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68%

of the time. In this case, Google location data shows that a device associated with chad63e@gmail.com was within the northern wing of the U.S. Capitol at 15:06 EST on January 6, 2021. Google records show that the "maps display radius" for this location data was 7 meters, which encompasses an area that is entirely within the U.S. Capitol Building.

Google later provided the subscriber information for e-mail address chad63e@gmail.com, which revealed that the e-mail address is subscribed to Chad Heathcote with a recover SMS of XXX-XXX-1934.

Additionally, FBI personnel reviewed video footage from the U.S. Capitol security cameras during the times in which HEATHCOTE's cellular telephone was identified as being located inside of the Capitol. In reviewing the video footage, FBI personnel identified HEATHCOTE as being physically present inside the U.S. Capitol, more specifically entering the north side of the capitol and being stopped by law enforcement. HEATHCOTE then raised what appears to be a cellular telephone phone in his hand, as though he was filming or photographing the area.



(*HEATHCOTE circled in red*)



*(HEATHCOTE circled in red)*

Additionally, the FBI obtained a video, which was voluntarily provided by a person located at the Capitol on January 6, 2021, which depicted the exterior of the U.S. Capitol and HEATHCOTE can be observed approaching the Capitol building, where two officers in riot gear were guarding a door. In this video, your affiant observed the mole on HEATHCOTE's left cheek, similar to that as depicted in HEATHCOTE's Iowa driver's license photograph. HEATHCOTE can then be observed reaching for the door when one of the officers (Officer #1) moves between HEATHCOTE and the door. HEATHCOTE and Officer #1 engaged in a conversation, which is inaudible. Another rioter (Rioter) then moves towards the door, between HEATHCOTE and Officer #1. Meanwhile, HEATHCOTE engaged the second officer (Officer #2), also dressed in riot gear, in a conversation, which is inaudible. Rioter then pulled open the door and HEATHCOTE walked into the U.S. Capitol, while Rioter held the door open. Moments later, Rioter entered the Capitol after HEATHCOTE, and other rioters nearby started to enter the U.S. Capitol as well.



(*HEATHCOTE, circled in red, approaching the door guarded by Officers #1 and #2*)



(*HEATHCOTE circled in red engaging with Officer #1*)



(*HEATHCOTE circled in red, standing in front of Officer #2, Rioter circled in blue*)



(*HEATHCOTE circled in red and Rioter opening the door circled in blue*)

On October 7, 2021, Witness-2 was shown the below four photographs, and Witness-2 identified the individual depicted in the photographs as HEATHCOTE.









On December 15, 2021, the FBI interviewed another individual Witness-3, who reported seeing several members of his/her church make Facebook posts regarding January 6, 2021. During the interview, Witness-3 was shown the above four photographs of HEATHCOTE, which were previously shown to Witness-2. Witness-3 stated that he/she knew the individual in the photographs by the nickname "D-Love" and that the individual's name might be "Derrick" but

was not sure.  Witness-3 then gave two telephone numbers that may be this individual's telephone numbers; however, the FBI have not been able to identify any connection between either telephone numbers and HEATHCOTE.  Witness-3 then stated his/her close friend would remember the individual's name.  Witness-3 also stated that the individual depicted in the photographs deleted his Facebook page shortly after January 6, 2021.  Approximately 10 minutes after leaving the interview, Witness-3 contacted the FBI and indicated that he/she spoke to his/her close friend.  The friend identified the individual with the nickname as "D-Love" as Chad Heathcote.  Witness-3 stated that after hearing this, Witness-3 now recalls this individual to be named HEATHCOTE.

On or about March 22, 2022, the FBI interviewed another individual (Witness-4), who knows HEATHCOTE through work.  Witness-4 was shown the below photograph, and Witness-4 identified the individual as HEATHCOTE.  Witness-4 did not want to provide additional information.



(*photograph shown to Witness-4*)

Based on the foregoing, your affiant submits that there is probable cause to believe that HEATHCOTE violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that HEATHCOTE violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
SPECIAL AGENT TYLER JOHNSON
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of May 2022.

2022.05.03
12:30:51 -04'00'

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                              |   |                                                                 |
|------------------------------|---|-----------------------------------------------------------------|
|                              |   | Case: 1:22-mj-00091                                             |
| **UNITED STATES OF AMERICA** | : | Assigned to: Judge Meriweather, Robin M.                        |
|                              | : | Assign Date: 5/3/2022                                           |
|                              | : | Description: COMPLAINT W/ ARREST WARRANT                        |
| **v.**                       | : |                                                                 |
|                              | : | **VIOLATIONS:**                                                 |
|                              | : |                                                                 |
| **CHAD HEATHCOTE,**          | : |                                                                 |
|                              | : | **18 U.S.C. § 1752(a)(1) and (2)**                             |
|                              | : | **(Restricted Building or Grounds)**                           |
| **Defendant.**               | : |                                                                 |
|                              | : | **40 U.S.C. § 5104(e)(2)(D) and (G)**                          |
|                              | : | **(Violent Entry or Disorderly Conduct)**                      |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.     IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   May 3, 2022

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | **Case No.** 4:22-mj-00309-HCA |
| ) | |
| vs. ) | |
| ) | **RULE 5 ORDER** |
| Chad Heathcote ) | |
| , ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: May 4, 2022

_Judge's signature_

Helen C. Adams, Chief U.S. Magistrate Judge

_Printed name and title_

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22-mj-00309-HCA |
| | ) | |
| Chad Heathcote | ) | |
| _____ | ) | Charging District's Case No. 1:22-mj-00091 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____ District of Columbia _____

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
       unless I am indicted — to determine whether there is probable cause to believe that an offense has
       been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
     be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
     by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:    May 4, 2022                          _____
                                                              *Defendant's signature*

                                             _____
                                                        *Signature of defendant's attorney*

                                             Melanie S. Keiper, Assistant Federal Public Defender
                                                        *Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ IOWA

United States of America

v.

Chad Allen Heathcote
_____
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number: 4:22-MJ-00309-001

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant must not commit any offense in violation of federal, state or local law on release in this case.

(2) The defendant must immediately advise the court or the pretrial services office or supervising officer in writing before any change in address and telephone number.

(3) The defendant must appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____ U.S. C onthou se _____ of Columbia _____ Des Moines, Iowa / District on _____ as directed _____

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community. IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  )  (4)  The defendant is placed in the custody of:

(Name of person or organization) _____
(Address) _____
(City and State) _____ (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all   scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____ _____
Custodian or Proxy                           Date

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

( ✓ )   (5)     The defendant must:

    ( ✓ )   (a)   report to the __Pretrial Services Office__ , telephone number _____515-332-1687_____ , not later than _____

    ( ✓ )   (b)   maintain or actively seek employment.

    (   )   (c)   maintain or commence an education program.

    ( ✓ )   (d)   surrender any passport to: __USPO__

    ( ✓ )   (e)   obtain no passport.

    ( ✓ )   (f)   abide by the following restrictions on personal association, place of abode, or travel: __No travel outside the continental United States. The__ defendant may travel to the District of Columbia for court purposes only. He must inform the USPO when traveling outside of Iowa.

    ( ✓ )   (g)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:_____

    (   )   (h)   undergo a mental health evaluation and participate in mental health treatment, to include inpatient services, if required, as directed by the supervising officer.

    (   )   (i)   maintain residence at a halfway house or community corrections center, as deemed necessary by the U.S. Probation Office. All costs will be paid by the U.S. Probation Office provided the defendant is making satisfactory progress towards goals set by the supervising officer. Within 60 days of the date of this Order, the Court will be provided an update on the defendant's status and progress towards community placement.

    ( ✓ )   (j)   refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapons.

    ( ✓ )   (k)   refrain from (   ) any ( ✓ ) excessive use of alcohol.

    ( ✓ )   (l)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use or possession of medical marijuana even with a physician's certification. The defendant is prohibited from using or possessing any synthetic intoxicating substance, including but not limited to "Spice", "K-2" or other forms of synthetic marijuana.

    ( ✓ )   (m)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

    ( ✓ )   (n)   undergo a substance abuse evaluation and participate in substance abuse treatment, to include inpatient services, if required, as directed by the supervising officer.

    (   )   (o)   participate in one of the following location restriction programs and comply with its requirements as directed. (CHECK ONE):

        (i)    (   ) Curfew: You are restricted to your residence every day (   ) from _____ to _____, or (   ) as approved by the probation officer or supervising officer; or

        (ii)   (   ) Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation office or supervising officer; or

        (iii)  (   ) Home Incarceration: You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the Court.

    (   )   (p)   submit to the following location monitoring technology and comply with all of the program requirements and instructions provided. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of location monitoring. The defendant shall pay all or part of the location monitoring cost as directed by the officer. (CHECK ONE):

        (   ) Technology as directed by USPO

        (   ) Radio Frequency (RF) monitoring

        (   ) Global Positioning Satellite (GPS)

        (   ) Voice Recognition

    ( ✓ )   (q)   report as soon as possible to the pretrial services office or supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

    ( ✓ )   (r)   permit a Probation Officer to vistit him or her at any time at home or other approved residence.

    (   )   (s)   _____

AO 199B    (Rev. 6/11) Additional Conditions of Release                                      Page 3 of 4

IT IS FURTHER ORDERED:

AO 199C    (Rev. 6/11) Advise of Penalties    Page 4 of 4

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____

## Directions to United States Marshal

( ✓ )    The defendant is ORDERED released after processing.

(   )    The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____ May 4, 2022 _____    _____
                                          Signature of Judicial Officer

                                          Helen C. Adams, Chief U.S. Magistrate Judge
                                          Name and Title of Judicial Officer

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22-mj-00309-HCA |
| Chad Heathcote | ) | |
| | ) | Charging District:     District of Columbia |
| _Defendant_ | ) | Charging District's Case No.   1:22-mj-00091 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U.S. District Court, District of Columbia<br>Before the Honorable Judge Robin M. Meriweather<br>Via Zoom Video Conference | Courtroom No.:   Via Zoom |
| | Date and Time: 5/12/2022 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      May 4, 2022

_____
_Judge's signature_

Helen C. Adams, Chief U.S. Magistrate Judge
_Printed name and title_

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

TERMED

# U.S. District Court
## Southern District of Iowa (Central)
## CRIMINAL DOCKET FOR CASE #: 4:22-mj-00309-HCA-1

Case title: USA v. Heathcote

Date Filed: 05/04/2022

Other court case number: 1:22-mj-00091 District of
Columbia

Date Terminated: 05/05/2022

---

Assigned to: Chief Magistrate Judge
Helen C. Adams

### Defendant (1)

**Chad Heathcote**
*TERMINATED: 05/05/2022*

represented by **Andrew James Graeve**
FEDERAL PUBLIC DEFENDERS
OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309-2353
515-309-9610
Fax: 515-309-9625
Email: andrew_graeve@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Melanie S. Keiper**
FEDERAL PUBLIC DEFENDERS
OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309-2353
515-309-9610
Fax: 515-309-9625
Email: melanie_keiper@fd.org
*TERMINATED: 05/05/2022*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

### Disposition

None

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1752(a)(1), (2) - Enter and Remain with Intent to Impede or Disrupt an Official Proceeding in a Restricted Building; 40:5104(e)(2)(D), (G) - Disorderly or Disruptive Conduct in the Capitol Buildings or Grounds, Parade, Demonstrate, or Picket in any of the Capitol Buildings | |

---

**Plaintiff**

**USA**                              represented by **Adam J. Kerndt**
                                     UNITED STATES ATTORNEY'S
                                     OFFICE - DSM
                                     110 E COURT AVE
                                     SUITE 286
                                     DES MOINES, IA 50309
                                     515-473-9300
                                     Fax: 515-473-9292
                                     Email: Adam.Kerndt@usdoj.gov
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*
                                     *Designation: Government - Federal*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/06/2022 | 19 | Bail/Bond Report (Sealed) as to Chad Heathcote. (Davidson, Priscilla) (Entered: 05/06/2022) |
| 05/05/2022 | 18 | TRANSFER LETTER to the District of Columbia as to Chad Heathcote. Emailed to the District of Columbia. (mm) (Entered: 05/05/2022) |
| 05/05/2022 | 17 | TEXT ORDER re 16 Waiver of Preliminary Hearing as to Chad Heathcote. The Court accepts the Waiver and finds probable cause to believe Defendant has |

| | | |
|---|---|---|
| | | committed offenses as charged in the criminal complaint. The Preliminary Hearing set for 5/10/2022 is canceled. Signed by Chief Magistrate Judge Helen C. Adams on 5/5/2022. (k) (Entered: 05/05/2022) |
| 05/05/2022 | 16 | WAIVER of Preliminary Hearing as to Chad Heathcote. (Graeve, Andrew) (Entered: 05/05/2022) |
| 05/04/2022 | 15 | NOTICE OF ATTORNEY APPEARANCE: FPD Andrew James Graeve appearing for Chad Heathcote (Graeve, Andrew) (Entered: 05/04/2022) |
| 05/04/2022 | 14 | Sealed Text as to Chad Heathcote. Counsel and Defendant are directed to appear for the Initial Appearance on 5/12/2022 at 1:00 PM (EDT) using the following zoom connection information: Meeting ID: 161 8952 5787. Passcode: 860903. This information is for use by counsel and defendant only and is not to be provided to other individuals. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 13 | ORDER REQUIRING DEFENDANT TO APPEAR as to Chad Heathcote. Defendant is released from custody and ordered to appear in the District of Columbia via Zoom video conference for an Initial Appearance before the Honorable Magistrate Judge Robin M. Meriweather on 5/12/2022 at 1:00 PM (EDT). Sealed Zoom conference instructions for counsel to follow. The public and/or media may connect to the hearing using telephone number 1-866-590-5055 and entering access code 5496501# at the prompt. Signed by Chief Magistrate Judge Helen C. Adams on 5/4/2022. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 12 | ORDER SCHEDULING PRELIMINARY HEARING as to Chad Heathcote. The Preliminary Hearing is set for 5/10/2022 at 01:00 PM in Des Moines - Room 455 - 4th Floor South before Chief Magistrate Judge Helen C. Adams. Signed by Chief Magistrate Judge Helen C. Adams on 5/4/2022. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 11 | Sealed Order Setting Conditions of Release as to Chad Heathcote. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 10 | ORDER SETTING CONDITIONS OF RELEASE and granting 9 Motion for Release as to Chad Heathcote (1). Signed by Chief Magistrate Judge Helen C. Adams on 5/4/2022. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 9 | ORAL MOTION for Release on Bond by USA as to Chad Heathcote. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 8 | WAIVER of Rule 5(c)(3) Identity Hearing as to Chad Heathcote. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 7 | RULE 5 ORDER as to Chad Heathcote. Signed by Chief Magistrate Judge Helen C. Adams on 5/4/2022. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 6 | ORDER FOR APPOINTMENT OF COUNSEL as to Chad Heathcote. Signed by Chief Magistrate Judge Helen C. Adams on 5/4/2022. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 5 | CJA 23 Financial Affidavit as to Chad Heathcote. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 4 | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Initial Appearance in Rule 5(c)(3) Proceedings as to Chad Heathcote |

| | | |
|---|---|---|
| | | held on 5/4/2022. Preliminary Hearing set for 5/10/2022 at 01:00 PM in Des Moines - Room 455 - 4th Floor South before Chief Magistrate Judge Helen C. Adams. (Court Reporter FTR Gold.) (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 3 | TEXT ORDER as to Chad Heathcote setting an Initial Appearance - Rule 5(c)(3) for 5/4/2022 at 01:30 PM in Des Moines - Room 455 - 4th Floor South before Chief Magistrate Judge Helen C. Adams. Signed by Chief Magistrate Judge Helen C. Adams on 5/4/2022. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 2 | Sealed Arrest Warrant from the District of Columbia as to Chad Heathcote. (mm) (Entered: 05/04/2022) |
| 05/04/2022 | 1 | Rule 5(c)(3) Documents Received as to Chad Heathcote from the District of Columbia. (Attachments: # 1 Affidavit, # 2 Sealing Order) (mm) (Entered: 05/04/2022) |
| 05/04/2022 | | Arrest (Rule 5.c.3) of Chad Heathcote from charges pending in District of District of Columbia. (mm) (Entered: 05/04/2022) |